FILED

01/13/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0322

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 20-0322

TYLER JACK SNIDER,

Petitioner and Appellant,

v.

STATE OF MONTANA,

Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including February 14, 2021, within which to prepare, serve, and file its response brief.

CMF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
January 13 2021